UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEHAN ZEB MIR, M.D., | ) | CASE NO. CV 16-3664-JFW (PJW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT RE: |
| | ) | DEFENDANTS' MOTION TO DISMISS AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| TEN UNKNOWN FBI AGENTS, et al., | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants Kevin Morris and Torrance Lock & Key's motion to dismiss the First Amended Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the Report and adopts it as its own findings and conclusions.

1    IT IS THEREFORE ORDERED that Defendants' motion to dismiss the

2  First Amended Complaint is granted and the First Amended Complaint is

3  dismissed without prejudice.

4    DATED: October 30, 2017.

5

6  _____

                    JOHN F. WALTER
7                   UNITED STATES DISTRICT JUDGE

C:\Users\jlozano\AppData\Local\Temp\notesC7A056\Order accep r&r.wpd

2