# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-3664-JFW (PJW) | Date | March 19, 2019 |
| Title | *Jehan Zeb Mir, M.D. v. Ten Unknown FBI Agents, et al.* | | |

Present: The Honorable **Patrick J. Walsh, U.S. Magistrate Judge**

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** Order to Show Cause Why Case Should Not be Dismissed

On January 28, 2019, the Court granted Plaintiff leave to file a Second Amended Complaint by February 25, 2019. (Doc. No. 92.) The Court has not received a Second Amended Complaint or any other communication from Plaintiff.

Accordingly, by **April 9, 2019**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **April 9, 2019.**

If Plaintiff files a Second Amended Complaint by **April 9, 2019**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

cc: Jehan Zeb Mir and all counsel

S:\PJW\Cases-Civil Rights\MIR 16-3664\OSC why action should not be dismissed.wpd

| | : | 00 |
|---|---|---|
| | Initials of Preparer | im |