JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHAN ZEB MIR, M.D., | Case No. CV 16-3664-JFW (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| TEN UNKNOWN FBI AGENTS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 18, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\JUDGMENT(1).wpd